IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


JEFFREY JACKSON                                                              PLAINTIFF


VS.                              CASE NO. 14-CV-1006


THE CITY OF HAMPTON and
RICK SHIRRON, individually and
in his capacity as Mayor and Chief
Administrative Officer of the City of Hampton                                DEFENDANTS


## ORDER

        Before the Court is Plaintiff's Motion for Voluntary Dismissal Without Prejudice.  (ECF No.

16).  Defendants have not filed a response to the motion, and the time to do so has passed.  The Court

finds this matter ripe for consideration.

        Plaintiff requests  that the above-styled cause of action be dismissed without prejudice

pursuant to Federal Rule of Civil Procedure 41(a).  Upon consideration, the Court is satisfied that

good cause for the motion has been shown.  Accordingly, the Court finds that the motion (ECF No.

16) should be and hereby is **GRANTED**.  Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED**

**WITHOUT PREJUDICE**.

        IT IS SO ORDERED, this 3rd day of April, 2015.


                                         /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge